**United States District Court**
**Western District of Michigan**
**Southern Division-Kalamazoo**

| | |
|---|---|
| Gregory Henry, | ) |
| | ) |
|       Plaintiff, | )   Case No: 1:18-cv-00457-PLM-PJG |
| | ) |
| vs. | )   Judge Paul L. Maloney |
| | ) |
| Grand Trunk Western Railroad Company, | ) |
| a corporation, | ) |
| | ) |
|       Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Gregory Henry and his counsel, hereby give notice that the above-captioned action is voluntarily dismissed with prejudice against the defendant Grand Trunk Western Railroad Company.

Respectfully submitted,

/s/ Robert B. Thompson
Robert B. Thompson (P61144)
Harrington, Thompson, Acker & Harrington, Ltd.
One North LaSalle Street, Suite 3150
Chicago, IL 60602
Tel:   (312) 332-8811
Fax:  (312) 332-2027
htah@harringtonlaw.com

*Attorney for Plaintiff, Gregory Henry*

**CERTIFICATE OF SERVICE**

I hereby certify that on **May 29, 2018** a copy of the foregoing:

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

          Respectfully submitted,

          /s/ Robert B. Thompson
          Robert B. Thompson